IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA HERNDON, individually and on behalf of all others similarly situated, | : : : | No. 4:15-cv-01202 |
| Plaintiff(s), | : : | (Judge Brann) |
| v. | : : : | CLASS ACTION |
| GREEN TREE SERVICING LLC, | : : | |
| Defendant. | : | |

## REVISED ORDER

**AND NOW**, this 22nd day of April 2016, in accordance with the accompanying Revised Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Compel Arbitration of Plaintiff's Individual Claims and Stay Proceedings, ECF No. 8, is GRANTED.

2. Plaintiff's individual claims against Defendant shall be referred to arbitration.

3. The proceedings before this Court are stayed pending the completion of arbitration.

4. This Revised Order and the accompanying Revised Memorandum supersede those issued on March 31, 2016.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
United States District Judge