# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA HERNDON, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff(s), | : : | NO. 4:15-CV-01202-MWB |
| v. | : : | CLASS ACTION |
| GREEN TREE SERVICING LLC | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this ___8th___ day of ___February___, 2017, upon consideration of the Stipulation of Dismissal (ECF No. 25) filed jointly by Plaintiff Brenda Herndon and Defendant Green Tree Servicing LLC, it is hereby **ORDERED** that the claims asserted by Plaintiff in her individual capacity are **DISMISSED WITH PREJUDICE**. It is **FURTHER ORDERED** that the claims asserted by Plaintiff on behalf of a putative class are hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to close the case.

                                                            s/ *Matthew W. Brann*
                                                            Matthew W. Brann, U.S.D.J.